TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar Number 8264
TINA SNELLINGS
Assistant United States Attorney
501 Las Vegas Blvd. S, Ste. 1100
Las Vegas, Nevada 89101
702-388-6336
tina.snellings@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK ALTON SHAPIRO,<br><br>Defendant. | Case No. 2:25-cr-00077-RFB-DJA<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DEREK ALTON SHAPIRO (ID # 02670626)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce DEREK ALTON SHAPIRO before the United States District Court on or about February 27, 2026, at the hour of 9:00 a.m., in Courtroom 7C for a Status Conference.

DEREK ALTON SHAPIRO is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

On April 2, 2025, a federal grand jury in this District returned an Indictment in the above-captioned matter charging DEREK ALTON SHAPIRO with Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). The Court has scheduled a

1

status conference in this matter for February 27, 2026, and has ordered the defendant to be present.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce DEREK ALTON SHAPIRO before this Court for the purpose of a Status Conference on the above charges and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Dated:  February 23, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

/s/ Tina Snellings
Tina Snellings
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK ALTON SHAPIRO,<br><br>Defendant. | Case No. 2:25-cr-00077-RFB-DJA<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DEREK ALTON SHAPIRO (ID # 02670626)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of DEREK ALTON SHAPIRO before the United States District Court at Las Vegas, Nevada, on or about February 27, 2026, at the hour of 9:00 a.m., in Courtroom 7C for a Status Conference and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:  February 23, 2026

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEREK ALTON SHAPIRO,

Defendant

Case No. 2:25-cr-00077-RFB-DJA

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DEREK ALTON SHAPIRO (ID # 02670626)**

TO:    WARDEN,
       CLARK COUNTY DETENTION CENTER
       CLARK COUNTY, NEVADA
       UNITED STATES MARSHAL FOR THE DISTRICT OF
       NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S

WE COMMAND that you have the body of DEREK ALTON SHAPIRO, detained in the custody of the Warden, Clark County Detention Center, Clark County, Nevada, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about February 27, 2026, at the hour of 9:00 a.m., in Courtroom 7C, for a Status Conference and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above,

…

…

…

…

…

…

…

1

until DEREK ALTON SHAPIRO is released and discharged by the said Court; and that you shall thereafter return DEREK ALTON SHAPIRO to the custody of the Clark County Detention Center, Clark County, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: February _____, 2026.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

ATTEST:    DEBRA K. KEMPI, Clerk    DATED:
United States District Court

By  _____
     Deputy

2