**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant Shapiro*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00077-RFB-DJA |
| Plaintiff, | |
| vs. | **Stipulation to Continue Pretrial Release Revocation Hearing (First Request)** |
| DEREK ALTON SHAPIRO, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Tina M. Snellings, Esq., Assistant United States Attorney, counsel for the United States of America, and Joshua Tomsheck, counsel for Derek Alton Shapiro, that the hearing on the revocation of pretrial release currently scheduled for March 11, 2026, at 1:30 p.m., in the above-captioned matter be vacated and continued to a date and time to be set by this Honorable Court in thirty (30) days.

This Stipulation is entered into for the following reasons:

1. This is the first continuance request.

2. Defendant Shapiro was not transported for the revocation hearing.

1

3. The parties have resolved the matter and will be putting the case on calendar for change of plea.

4. The defendant is currently in custody and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but to allow for a potential resolution of the case.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue filed herein.

DATED this 11th day of March, 2026.

Respectfully submitted,

HOFLAND & TOMSHECK                          TODD BLANCHE
                                            Deputy Attorney General


/s/ Joshua Tomsheck                         /s/ Tina M. Snellings
JOSHUA TOMSHECK, ESQ.                       TINA M. SNELLINGS, ESQ.
Counsel for Defendant                       Assistant United States Attorney
DEREK SHAPIRO

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**-oOo-**

UNITED STATES OF AMERICA,

                    Plaintiff,                          Case No.  2:25-cr-00077-RFB-DJA

          vs.

DEREK ALTON SHAPIRO,                           **ORDER**

                    Defendants.

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  This is the first continuance request.

2.  Defendant Shapiro was not transported for the revocation hearing.

3.  The parties have resolved the matter and will be putting the case on calendar for change of plea.

4.  The defendant is currently in custody and does not object to the continuance.

5.  The parties agree to the continuance.

6.  The additional time requested herein is not sought for purposes of delay, but to allow for a potential resolution of the case.

7.  Denial of this request for continuance of the Calendar Call and Trial Date would prejudice the defendants, the Government, and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

8.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

9.  For the above stated reasons, the parties agree that a continuance of the Calendar Call and Trial Date would best serve the ends of justice in this case.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED, that the hearing on revocation of pretrial release currently scheduled for March 11, 2026, at the hour of 1:30 p.m., be vacated and continued to April 28, 2026, at 1:30 p.m.

DATED 11th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2